**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kevin D. WEBSTER, Defendant–
Appellant.**

**No. 15–13429
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 11, 2016.

Robert G. Davies, Alicia Kim, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Donald M. Sheehan, Donald Sheehan, PA, Kevin D. Webster, Pensacola, FL, for Defendant–Appellant.

Before MARCUS, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Donald M. Sheehan, appointed counsel for Kevin Webster in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Webster's convictions and sentences are **AFFIRMED.**